MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
David Navarro

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID REYES NAVARRO,<br><br>Defendant. | Case No.: 2:08 CR 00392 GEB<br><br>[PROPOSED] ORDER TO RELEASE PINK SLIP TO CAR CURRENTLY HELD BY THE COURT AS SECURTY |

    On or about August 21, 2008 the Court allowed Mr. David Reyes (father of the defendant) to put up his 2000 Dodge Intrepid, license plate number 4XCN091 as security for the release of the defendant David Reyes Navarro. Mr. Reyes deposited the pink slip to said vehicle with the Court clerk.

    On October 14, 2011 Mr. Navarro was sentenced to 18 months in Federal custody. On November 4, 2011 Mr. Navarro surrendered himself to the custody of the Federal Marshalls. As a result the case, as to Mr. Navarro, is closed.

    Defendant, DAVID REYES NAVARRO, by and through his attorney, Michael Chastaine requests an order from the court releasing the pink slip to the above reference vehicle.

Dated: February 1, 2012                The CHASTAINE LAW OFFICE

                                         By: \_\_\_\_/s/ Michael Chastaine
                                                MICHAEL CHASTAINE
                                                Attorney for David Reyes Navarro

## ORDER

GOOD CAUSE APPEARING,:

IT IS HEREBY ORDERED that the Court clerk release the pink slip to the 2000 Dodge Intrepid, license plate number 4XCN091 posted as security in the above entitled case. That said pink slip is to be released to the owner of the vehicle, Mr. David Reyes.

**Date: 2/1/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge