```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700

 5

 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )   2:12-CR-188 MCE
                                   )
12           Plaintiff,            )   **NOTICE OF RELATED CASES**
                                   )   **[PROPOSED ORDER]**
13       v.                        )
                                   )
14  JUAN GABRIEL ALVAREZ, and      )
    SYCHANH CHANTHABOURY,          )
15                                 )
             Defendants.           )
16  _____ )
                                   )
17  UNITED STATES OF AMERICA,      )
                                   )
18           Plaintiff,            )   2:08-CR-570 GEB
                                   )
19       v.                        )
                                   )
20  MANUEL AGUILAR-GODINEZ, and    )
    JUAN GABRIEL ALVAREZ,          )
21                                 )
                                   )
22           Defendants.           )
    _____ )
23                                 )
    UNITED STATES OF AMERICA,      )
24                                 )
             Plaintiff,            )   2:08-CR-392 GEB
25                                 )
         v.                        )
26                                 )
    JORGE ALBERT REYES,            )
27  ADAM PABLO REYES,              )
    JUAN GABRIEL ALVAREZ,          )
28  JUAN ABARCA-CATALAN,           )
```

```
 1  DAVID REYES NAVARRO,           )
    KEOOUDONE NOY PHAOUTHOUM,      )
 2  KHAMSOU SIDA,                  )
    VICTOR ALFONSO CEJA,           )
 3  RUBEN ANTHONY OLSEN,           )
    MAJID BAJMANLO,                )
 4  JUAN MADRIGAL RIZO,            )
    STEVEN LOPEZ,                  )
 5  THOMAS JESSE GARCIA,           )
    JOSHUA LIKE,                   )
 6  SARAH LEANNE LANCASTER, and    )
    ASHLEY RHYMER,                 )
 7                                 )
              Defendants.          )
 8  _____)
```

**ORDER**

For the reasons set forth in the Notice of Related Cases filed by counsel for the plaintiff United States of America, the Court finds that Criminal Case No. 2:12-CR-188 MCE, is related to the above captioned maters within the meaning of Local Rule 83-123.

Based upon this finding,

**IT IS HEREBY ORDERED** that:

The Clerk of the Court shall REASSIGN Case No. 2:12-CR-188 MCE to the Honorable GARLAND E. BURRELL, JR.

Any dates scheduled before Judge England are vacated. A status conference is scheduled for June 15, 2012, at 9:00 before the Honorable Garland E. Burrell, Jr. In case 2:12CR188.

Dated: May 31, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge