THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Juan G. Alvarez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN GABRIEL ALVAREZ<br><br>Defendant. | *Case No.: 2:08-CR-00392-GEB*<br><br>*STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING*<br><br>*Date:* August 10, 2012<br>*Time:* 9:00 a.m.<br>*Judge:* Hon. Garland E Burrell, Jr. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for July 20, 2012, at 9:00 a.m. is continued to August 10, 2012, at 9:00 a.m. in the same courtroom. Mr. Johnson recently substituted into the case and needs additional time to prepare. Michael M. Beckwith, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, both agree to this continuance.

**IT IS SO STIPULATED.**

DATED: June 15, 2012    By:    /s/ Thomas A. Johnson
                                THOMAS A. JOHNSON
                                Attorney for Defendant
                                Juan G. Alvarez

DATED: June 15, 2012           BENJAMIN WAGNER
                                United States Attorney

                        By:    /s/ Thomas A. Johnson for
                                Michael M. Beckwith
                                Assistant United States Attorney

**IT IS SO ORDERED.**

**Date:** <u>6/15/2012</u>

_____
GARLAND E. BURRELL, JR.
United States District Judge